Esspi Glove Co. et al. *v.* United States

No. 6595.—Invoices dated Stoke under Ham, England, August 1943, etc.
Certified August 1943, etc.
Entered at New York, N. Y., September 24, 1943, etc.
Entry No. 708990, etc.

(Decided December 10, 1946)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Mollison, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

Gimbel Bros., Inc., et al. *v.* United States

No. 6596.—Invoices dated London, England, March 2, 1946, etc.
Certified March 2, 1946, etc.
Entered at New York, N. Y., April 2, 1946, etc.
Entry No. 749492, etc.

(Decided December 10, 1946)

*Fred Bennett* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Mollison, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.